UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

       Plaintiff,

   -against-

JENNIFER DAVIS,

       Defendant.

20-CV-1827 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued March 3, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2018), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 3, 2020
    New York, New York

*[signature]*
_____
COLLEEN McMAHON
Chief United States District Judge